UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTOPHER BREARLEY,

   Plaintiff,

-vs-                                                                  CASE NO.:  5:14-CV-00625-MMH-PRL

JPMORGAN CHASE BANK, N.A.,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, CHRISTOPHER BREARLEY, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, CHRISTOPHER BREARLEY, and Defendant, JP MORGAN CHASE BANK, N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                               */s/ Amanda J. Allen*
                                                               AMANDA J. ALLEN, ESQUIRE
                                                                Florida Bar No. 0098228
                                                               MORGAN & MORGAN, TAMPA, P.A.
                                                                One Tampa City Center
                                                               201 N. Franklin Street, Suite 700
                                                               Tampa, FL 33602
                                                              Telephone:  (813) 223-5505
                                                              Facsimile:  (813) 223-5402
                                                              Primary Email: AAllen@ForThePeople.com
                                                              Secondary: LCrouch@ForThePeople.com
                                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2015, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below:

**Brian C. Frontino, Esq**.
Florida Bar No. 95200
**Brendan S. Everman, Esq.**
Florida Bar No. 0068702
Stroock & Stroock & Lavan LLP
200 South Biscayne Blvd., Suite 3100
Miami, Florida 33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302
Email: bfrontino@stroock.com
*Attorneys for Defendant*


**Julia B. Strickland, Esq.** (Admitted Pro Hac Vice)
**Arjun P. Rao, Esq**. (Admitted Pro Hac Vice)
**Julieta Stepanyan, Esq**. (Admitted Pro Hac Vice)
Stroock & Stroock & Lavan LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
Email: jstrickland@stroock.com
Email: arao@stroock.com
*Attorneys for Defendant*


    */s/ Amanda Allen*
    ATTORNEY
    Florida Bar #:  0098228