**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

CHRISTOPHER BREARLEY,

        Plaintiff,

vs.                                       Case No.  5:14-cv-625-Oc-34PRL

JPMORGAN CHASE BANK, N.A.,

        Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 40; Stipulation) filed on June 2, 2015.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear their own attorney's fees, costs and expenses.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers, this 3rd day of June, 2015.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record